IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA B., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | No. 25-cv-1577 |
| SECURITY, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, on this 22nd day of July 2026, upon consideration of Plaintiff's Complaint

for Review of a Social Security Disability or Supplemental Social Security Decision (Doc. 2),

and Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 12), it is hereby **ORDERED**

that:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. Plaintiff's Request for Review is **DENIED** as untimely, and her Complaint is

   **DISMISSED** with prejudice; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical

   purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge